IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-111-WKW |
| CEDAR CREST NURSING HOME, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On April 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED.  It is further ORDERED that this case is DISMISSED for lack of subject-matter jurisdiction.

A separate final judgment will be entered.

DONE this 8th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE